In the Matter of EDWARD J. CONLON, an Attorney, Respondent.— Respondent censured. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of RAYMOND B. STRINGHAM, an Attorney, Respondent.— Proceeding dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ABRAHAM ZIPKIN, an Attorney, Respondent.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CECELIA S. BREUER, Plaintiff, v. ROSE MARIE Co., INC., and Others, Defendants. OTTO A. HARBACH and Others, Intervening, Defendants-Appellants; THEODORE K. McCARTHY, as Receiver of ROSE MARIE Co., INC., Respondent; SELECT OPERATING CORPORATION, Respondent.— Order appointing a referee to take testimony and report on certain issues, and directing that the other relief sought by the intervening defendants be held in abeyance pending the report of the referee, and that pending such report no further contracts be entered into by the receiver without the consent of the court, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDWARD S. DAVIS, Respondent, v. ISAAC GOLDMAN COMPANY, Appellant.— Order modified by eliminating the provision that the justice sitting at Special Term, Part II, shall decide as to the production of the items d, e, f, i and j, in paragraph II of the order to show cause, when claim is made that they are necessary for such purpose, without prejudice, however, to an application for further discovery and inspection of said records in the event that it appears on the examination before trial that such an inspection and discovery is necessary; and as so modified affirmed. The date for the discovery and inspection to proceed, at the same time as the examination before trial, to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRIETTA COWELL, Appellant, v. ROBERT DUCAS, Respondent.— Order granting reargument and adhering to original determination vacating warrant of attachment, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Supplementary Proceedings: STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Judgment Creditor, Respondent, v. ALBERT H. WOODS, Also Known as A. H. WOODS, Judgment Debtor, Appellant.— Order granting motion of judgment creditor for an order directing the judgment debtor to pay to the judgment creditor the sum of fifteen dollars weekly on account of a judgment recovered against the judgment debtor, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.